UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CR0042 HEA |
| | ) | |
| PATRICK BELK, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Defendant Belk's Motion to Suppress

Evidence and Statements, [Doc. #s 15 & 32]. The Court referred this matter to United

States Magistrate Judge David D. Noce for a report and recommendation on all

dispositive matters pursuant to 28 U.S.C. § 636(b). On April 21, 2005, a hearing was

held on Defendant's motions, following which, both parties filed post-hearing

memoranda. On May 25, 2005, Judge Noce filed his recommendation that Defendant's

Motions be denied. No objections to the report and recommendation have been filed.

After careful consideration, the Court will adopt and sustain the thorough

reasoning of Magistrate Judge Noce as set forth in his Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence

and Statements, [Doc. #s 15 & 32] are denied.

Dated this 14th  day of June, 2004.

_____
    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE